UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHJIM JENNETTE,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>        Defendant. | 22-CV-10783 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at [https://nysd.uscourts.gov/hon-dale-e-ho](https://nysd.uscourts.gov/hon-dale-e-ho). Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment; provided the conference scheduled for March 8, 2024, is rescheduled to **March 12, 2024, at 11:00 a.m. ET.** The conference will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the Conference ID: 589 604 476, followed by the pound (#) sign.

Dated: October 23, 2023
   New York, New York

                     DALE E. HO
                  United States District Judge